IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL WILSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br> PLAINTIFF, <br><br> V. <br><br> ORACLE AMERICA, INC. AND ORACLE CORPORATION, <br> DEFENDANTS. | § § § § § § § § § § § | CIVIL NO. 1:17-CV-1079-LY |

## FINAL JUDGMENT

Before the court is the above entitled cause. On August 7, 2019, the parties filed a Joint Stipulation of Dismissal with Prejudice (Doc. #17), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this ___9th___ day of August, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE